FILED ___ ENTERED
___ RECEIVED

MAR - 9 2015

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0632

# MEMORANDUM

TO: Case File

FROM: Judge Peter J. Messitte

RE: *USA v. Luis Felipe Gomez* - Criminal No. PJM 04-0386
(Letter from Defendant to District Court received 3/4/15)

DATE: March 9, 2015

\* \* \* \* \* \* \* \*

My translation of Mr. Gomez's letter follows. Please docket it. We will send a copy to Probation.

\* \* \* \* \* \* \* \*

Gentlemen of the U.S. District Court:

I have not been able to send my check for $100.00 each month, because I had an accident on the bus that I was working with since July 2014.

I have not received any salary since August 2014 to date.

They loaned me this $100.00 that I am sending that covers my payment for January 2015, as proof my good faith in completing my agreement with you.

My boss, Marcus trucking, does not have workers compensation and my lawyer Alejandro Fernández (1316 Pennsylvania Ave, SE, Washington, DC 20003, Telephone 202-547-8342), is working to recover salaries that I did not receive.

A copy of my MRI, notes from my doctor regarding inability to work, a letter from the Workers Compensation, the next date of my appointment with the doctor, and a new order for a new MRI.

By this means I am amicably asking for 6 months suspension of the payment that is supposed to be made each month, when I receive my salaries I'll bring myself up to date.

Many thanks for your attention and may God bless you.


Luis Felipe Gomez
240-705-3734
Luisfgomez01@gmail.com